UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LEAR CORPORATION,** | Case No. 2:13-cv-12937-LJM-RSW |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **NHK SEATING OF AMERICA, INC.** | |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Lear Corporation ("Lear") respectfully submits this Unopposed Motion for Leave to File Under Seal certain contents of Lear Corporation's Response In Opposition to Motion for Summary Judgement, along with the Exhibits summarized in the table below.

The authority for sealing such documents is pursuant to Local Rule 5.3, as well as the Stipulated Protective Order (Dkt. #27) entered in the present case.



Lear references information from documents produced by NHK Seating of America, Inc. ("NHK") during discovery, which pursuant to the Protective Order, have been designated as "Highly Confidential – Attorney's Eyes Only." Lear believes this information designated as confidential is necessary to support Lear's Reply in Support of Consolidation. Therefore, Lear requests the following documents to be filed under seal:

| Document | Contents |
| --- | --- |
| Plaintiff's Response In Opposition To Motion For Summary Judgment | |
| Exhibit 1 | Declaration of Dr. David Viano |
| Exhibit 13 | Engineering Drawing - Upper Unit NSA_00002123 |
| Exhibit 14 | Engineering Drawing - Lower Unit NSA_00002102 |
| Exhibit 15 | Engineering Drawing - Lower Unit NSA_00002101 |
| Exhibit 16 | Engineering Drawing - Link B NSA_00002106 |
| Exhibit 18 | Kevin Hughes Deposition Transcript |
| Exhibit 21 | Engineering Drawing - Upper Stroke Tester NSA_00017223 |
| Exhibit 22 | Engineering Drawing - Cable Drawing NSA_00002122 |

Lear is requesting the Court to seal portions of the above-identified response brief and exhibits because NHK has designated the documents and information referenced therein as containing or referring to "trade secrets or other confidential research, development, business or financial information, or other confidential

2



commercial information, and that, if disclosed to a business competitor, would tend to damage the party's competitive position." (Protective Order, Dkt. #27 at 1.)

Pursuant to Local Rule 7.1(a), Lear has conferred with counsel for NHK, and NHK does not oppose the present motion. A proposed stipulated order consistent with the relief requested in this motion is also being submitted for approval.

Dated: November 9, 2018

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

　/s/  John M. Halan　
Frank A. Angileri (P45611)
John M. Halan (P37616)
Todd W. Dishman (P77652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel:  (248) 358-4400 / Fax:  (248) 358-3351
Email:  fangileri@brookskushman.com
　　　　jhalan@brookskushman.com
　　　　tdishman@brookskushman.com

*Attorneys for Plaintiff Lear Corporation*

3



## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on <u>November 9, 2018</u>, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of the Court for the Eastern District of Michigan using the ECF System. I submitted copies of all sealed documents via electronic means to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

I further certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: None.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

 /s/ John M. Halan
Frank A. Angileri (P45611)
John M. Halan (P37616)
Todd W. Dishman (P77652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: fangileri@brookskushman.com
  jhalan@brookskushman.com
  tdishman@brookskushman.com

*Attorneys for Plaintiff Lear Corporation*

